AO-10 (pdf)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FISH    A.    JOE | U ITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS | 5/15/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CHIEF DISTRICT JUDGE (ACTIVE) | ___ Nomination Date _____  ___ Initial  X Annual  ___ Final | 1/1/2004 – 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, applicable |
|---|---|
| 1100 COMMERCE STREET, SUITE 1528 DALLAS, TEXAS 75242 | Reviewing Officer _____  Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

2005 MAY 18 A 9: 12
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |

1.

2. NONE, EXCEPT MY INTEREST IN A DEFERRED COMPENSATION PLAN MAINTAINED BY A FORMER EMPLOYER (SEE INSTRUCTIONS AT 14, PARAGRAPH (d)). THIS INTEREST IS REPORTED BELOW AT PARAGRAPH VII(1).

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | 2004 | ST. JOHN'S EPISCOPAL SCHOOL |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| FISH, A. JOE | 5/15/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  SEE ATTACHED SHEETS | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SEE ATTACHED SHEET

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu _____     May 15, ----

NOTE   NY INDIVIDUAL WHO K                 SIFIES OR FAI       ILE THIS
SUBJE                                      ).)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## VII. INVESTMENTS AND TRUSTS--INCOME, VALUE, TRANSACTIONS

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) Amt Code 1 ( A - H) | (2) Type (e.g., div.) | (1) Valu e Code 2 ( J - P) | (2) Val. Methd Code 3 (q- W) | (1) Type (e.g., sold) | (2) Date : Mth- Day | (3) Valu e Code 2 ( J - P) | (4) Gain Code 1 ( A - H) | (5) Identity of Buyer/Seller (if private transaction) |
| 1. Dallas County Deferred Compensation Plan (invested in units of Gartmore Total Return Fund Class D and units of Investment Company of America) | A | Div. Cap. Gain | J | T | | | | | |
| 2. City of Irving, Texas Jr. Lien Texas Stadium Revenue Bonds | A | Int. | J | T | | | | | |
| 3. Texas Federal Credit Union Accounts, Dallas, TX | A | Div. | K | T | | | | | |
| 4. Guardian Ins. & Ann. Co. deferred annuity (invested in units of Guardian Stock Fund and units of Centurion Fund) | A | Div. Cap. Gain | K | T | | | | | |
| 5. Mutual Shares Fund | A | Div. Cap. Gain | J | T | | | | | |
| 6. Vanguard Prime Money Market Fund | A | Div. | J | T | | | | | |

| A. Description of Assets (including trust assets) | B. Income during period | | C. Gross value at end of period | | D. Transactions during period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div.) | (1) Value Code 2 (J-P) | (2) Val. Methd Code 3 (Q-W) | (1) Type (e.g., sold) | (2) Date: Mth-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/Seller (if private transaction) |
| 7. Schwab One Account | A | Int. | J | T | | | | | |
| 8. TIAA-CREF deferred annuity (invested in units of CREF Money Market Fund) | A | Div. | J | T | Sold part | 10/ 27 | J | | |
| 9. Vanguard Total Stock Mkt Index Fund | A | Div. Cap. Gain | K | T | | | | | |
| 10. Vanguard Inflation Protected Securities Fund | A | Div. Cap. Gain | K | T | | | | | |
| 11. TIAA-CREF deferred annuity (invested in units of CREF Stock Fund, in units of TIAA Real Estate Fund, and in units of CREF Inflation Linked Bond Fund) | A | Div. Cap. Gain | J | T | Bought | 10/ 27 | J | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

1.      The items reported in paragraphs VII(3), (6), and (7) are credit union accounts or money market funds. Detailed transactional data are not being provided in accordance with the instructions at 52 (fifth paragraph marked •).

2.      The proceeds of the partial sale reported in paragraph VII(8) were used to purchase the item reported in paragraph VII(1 1).